UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :           15 Cr. 288 (RMB)
        - against -                  :
                                     :           **ORDER**
RASHAWN DAVIDSON,                    :
                                     :
                Defendant.           :
---------------------------------------------------------------x

Having reviewed Defendant Rashawn Davidson's amended motion for compassionate release, dated December 14, 2020 (the "Amended Motion"), and the Government's response, dated January 19, 2021, the Court defers ruling on the merits of the Amended Motion at this time. See Amended Motion at 2 ("Because Petitioner's appeal remains pending, Petitioner most respectfully requests that this Honorable Court would defer considering this instant motion, pursuant to the first option in Rule 37 of the Federal Rules of Criminal Procedure until the Second Circuit Court of Appeals decides Petitioner's appeal."); Jan. 19, 2021 Gov't Ltr. at 1 ("the Government consents to Davidson's request to adjourn ruling on his motion until after the Second Circuit resolves his appeal."); see also Fed. R. Cr. P. 37(a)(1).

Dated:  New York, New York
        January 25, 2021

                                            _____
                                            **RICHARD M. BERMAN, U.S.D.J.**

1