**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

       - against -        :        15 Cr. 288 (RMB)

RASHAWN DAVIDSON,        :        **ORDER**
       Defendant.        :
------------------------------------------------------------x

If the parties wish to supplement their respective submissions regarding compassionate release, they may do so in writing on or before Thursday, July 8, 2021 at 5:00 p.m.

The Government is also respectfully requested to submit under seal Mr. Davidson's BOP medical records on or before Thursday, July 8, 2021 at 5:00 p.m.

Dated: New York, New York
       June 8, 2021

                                          _____
                                          **RICHARD M. BERMAN, U.S.D.J.**