IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Rashawn Davidson, pro se, | : | Criminal No. |
| Petitioner, | : | 1:15-CR-00288-RMB-22 |
| | : | |
| v. | : | |
| | : | |
| United States of America, | : | The Honorable Richard M. Berman |
| Respondent. | : | |

<u>Motion For Extension Of Time Within Which To File</u>

<u>A Reply To The Government's Response To Petitioner's §2255,</u>

<u>Pursuant To Fed. R. Civ. Proc. Rule 6(b)(1)(B)</u>

NOW COMES, Petitioner, Rashawn Davidson, pro se, and most respectfully Motions this Honorable Court for an extension of time within which to reply to the Government's Response to Petitioner's §2255, that is currently pending before this Honorable Court.

Petitioner is proceeding pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure. That Section of Rule 6 states:

  (b) Extending Time

    (1) In General. When an act may or must be done within a specified time, the Court may, for good cause, extend the time:

      (B) On Motion made after the time has expired of the party failed to act because of excusable neglect.

-1-

Petitioner bases his request for an extension of time on the following factors: The COVID-19 pandemoc. Because of the pandemoc, the Federal Bureau of Prisons has been in a Nationwide lockdown at all of its facilities since April 1, 2020 and those facilities remain on lockdown to this present day. Because of the continuing lockdown, Petitioner rarely gets an opportunity to go to the Law Library.

WHEREFORE, Petitioner most respectfully requests an extension of time of 60 days from tiday, July 15, 2022, within which to prepare and submit a proper Reply to the Government's Response.

Dated: July 15, 2022

Respectfully Submitted,

Rashawn Davidson, pro se

Reg. No. 70517-054

FCI Allenwood Medium

P. O. Box 2000

White Deer, Pennsylvania 17887

---

Application for a 60 day extension of time to file a reply brief is granted. The reply shall be filed on or before September 13, 2022.

SO ORDERED:
Date: 7/22/22

Richard M. Berman, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Rashawn Davidson, pro se, | : | Criminal No. |
| Petitioner , | : | 1:15-CR-00288-RMB-22 |
| | : | |
| v. | : | |
| | : | |
| United States of America, | : | The Honorable |
| Respondent . | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of July, 2022, a true and correct copy of Petitioner's Motion for Extension of Time within which to file a Reply to the Government's Response to Petitioner's §2255, and a Certificate of Service was served upon the following, by mailing same, by First-Class U.S. Mail, postage prepaid, addressed as follows: Hagan Cordell Scotten, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of New York, One Saint Andrew's Plaza, New York, New York 10007.

This statement is made subject to the penalties of 18 U.S.C. §1621, relating to perjury.

Respectfully Submitted,

Rashawn Davidson, pro se
Reg. No. 70517-054
FCI Allenwood Medium
P. O. Box 2000
White Deer, Pennsylvania 17887

-3-

July 15, 2022


Clerk of Court

U.S. District Court

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York  10007


Re: United States of America v. Rashawn Davidson

    Criminal No. 1:15-CR-00288-RMB-22


Dear Clerk,

    Please find enclosed one (1) original of each of the following: Motion for Extension of Time within which to file a Reply to the Government's Response to Petitioner's §2255, and a Certificate of Service.

    Any courtesy or consideration that you, your Office, or the Court might afford Petitioner would be greatly appreciated. Thank You.

                                      Respectfully Submitted,

                                      Rashawn Davidson, pro se
                                      Reg. No. 70517-054
                                      FCI Allenwood Medium
                                      P. O. Box 2000
                                      White Deer, Pennsylvania 17887



INMATE NAME/NUMBER: Rashawn Dawson #70512-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD medium
P.O. BOX 2000
WHITE DEER, PA 17887

Clerk of Court
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Crim Dkt
EN

RECEIVED
JUL 21 2022
CLERK
S.D.