UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAWN DAVIDSON,

                    Petitioner,

          -against-

UNITED STATES OF AMERICA,

                    Respondent.

15-CR-0288 (RMB)

22-CV-3591 (RMB)

ORDER

The Court respectfully directs Mr. Richard Lind and Mr. John Russo to file responses to

Petitioner's 28 U.S.C. § 2255 habeas petition, docketed on May 2, 2022, on or before March 9,

2023.

Dated: February 23, 2023
       New York, New York

**RICHARD M. BERMAN, U.S.D.J.**