UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 15-CR-288-22 (RMB) |
| -v- | ORDER |
| RASHAWN DAVIDSON, | |
| Defendant. | |

Pursuant to the standing order of the Chief Judge of this District, the Court hereby appoints

Thomas Nooter, Esq., a member of the Court's Criminal Justice Act panel, to represent the

Defendant in connection with his "motion seeking a reduced sentence" pursuant to Amendment

821 to U.S. Sentencing Guidelines. *See* Endorsed Letter, dated Feb. 26, 2024 (ECF No. 1523).

Federal Defenders had a conflict.

RMB
_____
Richard M. Berman
United States District Judge

Dated: March 7, 2024
        New York, New York

**Copies Mailed By Chambers**