**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 15 CR. 288 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| RASHAWN DAVIDSON, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, May 27, 2025 at 10:30 A.M. will take place in Courtroom 17B.

Dated: May 22, 2025
      New York, NY

                                                    RICHARD M. BERMAN
                                                    U.S.D.J.