**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                  Government,     :     15 CR. 288 (RMB)

   - against -               :     **ORDER**

RASHAWN DAVIDSON,           :

                  Defendant.     :
---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, June 25, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: June 18, 2025
       New York, NY

                                              RICHARD M. BERMAN
                                              U.S.D.J.