UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                             :
                       Government,         :     15 CR. 288 (RMB)
                                             :
        - against -                        :     **ORDER**
                                             :
RASHAWN DAVIDSON,                            :
                                             :
                       Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, August 20, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 195 731 723#

Dated: August 13, 2025
       New York, NY

                                                _/s/ Richard M. Berman_
                                                **RICHARD M. BERMAN**
                                                      **U.S.D.J.**