UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 15 CR. 288 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| RASHAWN DAVIDSON, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 30, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 195 731 723#

Dated: September 24, 2025
   New York, NY

_Richard M. Berman_
**RICHARD M. BERMAN**
**U.S.D.J.**