UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,                  :       15 CR. 288 (RMB)
                                           :
      - against -                         :       **ORDER**
                                           :
RASHAWN DAVIDSON,                          :
                                           :
                Defendant.                   :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 6, 2025 at 10:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 560 349 015#

Dated: October 29, 2025
       New York, NY

                                              */s/ Richard M. Berman*
                                              RICHARD M. BERMAN
                                                    U.S.D.J.