**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                              :

                                                       :

                              Government,              :          15 Cr. 288 (RMB)

                                                       :

              - against -                              :          **ORDER**

                                                       :

RASHAWN DAVIDSON,                                      :

                                                       :

                              Defendant.               :

------------------------------------------------------------------x


The supervised release hearing is scheduled for January 22, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email to the parties and counsel.

Dated: January 15, 2026
       New York, NY

_____

**RICHARD M. BERMAN**
**U.S.D.J.**