**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                                   :

             Government,     :       15 Cr. 288 (RMB)

                                   :

     - against -             :       **ORDER**

                                   :

RASHAWN DAVIDSON,            :

                                   :

             Defendant.     :
-------------------------------------------------------------x

      The supervised release hearing is rescheduled to January 21, 2026 at 9:00 A.M. on

Microsoft Teams. The Court will send the link by email to the parties and counsel.

Dated: January 20, 2026
     New York, NY

                                                                _RMB_

                                            **RICHARD M. BERMAN**
                                                 **U.S.D.J.**