**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :

                                Government,    :        15 Cr. 288 (RMB)

                     - against -                  :        **ORDER**

                                       :

RASHAWN DAVIDSON,                           :

                          Defendant.    :

------------------------------------------------------------------x

      The supervised release hearing is scheduled for March 5, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 25, 2026
      New York, NY

                                         _____
                                        **RICHARD M. BERMAN**
                                            **U.S.D.J.**