**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                             :

                      Government,       :        15 Cr. 288 (RMB)

                                             :

      - against -                         :        **ORDER**

                                             :

                                             :

RASHAWN DAVIDSON,                            :

                                             :

                    Defendant.       :

-------------------------------------------------------------x

The supervised hearing previously scheduled for March 5, 2026 is rescheduled to March 18, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 11, 2026
     New York, NY

                                                **RICHARD M. BERMAN**
                                                     **U.S.D.J.**