**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                               :

                                                        :

                                    Government,         :            15 Cr. 288 (RMB)

                                                        :

                    - against -                         :            **ORDER**

                                                        :

RASHAWN DAVIDSON,                                       :

                                                        :

                                    Defendant.          :

-------------------------------------------------------------x


        The supervised release hearing is scheduled for April 22, 2026 at 10:00 A.M. on

Microsoft Teams. The Court will send the link by email.


Dated: April 17, 2026
        New York, NY


**RICHARD M. BERMAN**
**U.S.D.J.**