**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,        :
        :
          Government,       :      15 CR. 288 (RMB)
        :
    - against -        :      **ORDER**
        :
RASHAWN DAVIDSON,        :
        :
          Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, May 26, 2026 at

11:00 A.M.

The court will send the link via email.

Dated: May 21, 2026
      New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**