**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                                :

                     Government,       :        15 CR. 288 (RMB)

                                :

        - against -             :        **ORDER**

                                :

RASHAWN DAVIDSON,        :

                                :

              Defendant.      :
---------------------------------------------------------------x

        The supervised release hearing is scheduled for Tuesday, June 30, 2026 at

9:00 A.M.

        The court will send the link via email.


Dated: June 24, 2026
      New York, NY

                               **RICHARD M. BERMAN**
                                   **U.S.D.J.**