**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 15 Cr. 288 (RMB)

- against - : **ORDER**

Rashawn Davidson, :

Defendant. :

-------------------------------------------------------------x

The supervised release hearing previously scheduled for November 10, 2026 at 10:00 A.M. is rescheduled to December 2, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: November 10, 2026
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**