**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Government, | | 15 CR. 288 (RMB) |
| - against - | | **ORDER** |
| RASHAWN DAVIDSON, Defendant. | | |

The supervised release hearing is scheduled for Wednesday, December 2, 2026 at 12:00 P.M.

The court will send the link via email.

Dated: November 23, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**